# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 15, 2021

Mr. Gary M. Northington
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201

        Re: Case No. 20-1066, *Gary Northington v. Badawi Abdellatif, et al*
             Originating Case No.: 2:19-cv-12329

Dear Mr. Northington,

  The Court issued the enclosed Order today in this case.

                                            Sincerely,

                                            s/Antoinette Macon
                                            Case Manager
                                            Direct Dial No. 513-564-7015

cc: Ms. Kinikia D. Essix

Enclosure

No. 20-1066

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 15, 2021
DEBORAH S. HUNT, Clerk

GARY M. NORTHINGTON,     )
                         )
   Plaintiff-Appellant,  )
                         )
v.                       )           O R D E R
                         )
BADAWI ABDELLATIF, Doctor, et al., )
                         )
   Defendants-Appellees. )

Before: NORRIS, DONALD, and THAPAR, Circuit Judges.

Gary M. Northington, a *pro se* Michigan prisoner, moves the Court to reconsider its order of January 8, 2021, denying his motion to proceed *in forma pauperis* ("IFP") on appeal.[1] *See* Fed. R. App. P. 24(a); 6 Cir. R. 27(g). Northington also moves to remand the action for a hearing on his proposed second amended complaint.

Upon careful consideration, this Court concludes that it did not misapprehend or overlook any point of law or fact when it denied Northington's IFP motion. *See* Fed. R. App. P. 40(a)(2).

Accordingly, Northington's motion for reconsideration is **DENIED**. His motion to remand is **DENIED** as moot.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

---

[1] Northington captioned his filing as a "motion for rehearing en banc," but a ruling on a preliminary procedural motion is not a proper subject for en banc consideration. *See Krakoff v. United States*, 431 F.2d 847, 848 (6th Cir. 1970).